IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HNH WORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-86-WKW |
| | ) | |
| OHIO NATIONAL LIFE ASSURANCE CORP., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On April 28, 2016, the Magistrate Judge filed a Recommendation (Doc. # 32) to which Defendant Ohio National Life Assurance Corporation timely filed objections (Doc. # 34). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

(1) Defendant's objections (Doc. # 34) are OVERRULED;

(2) The Recommendation (Doc. # 32) is ADOPTED;

(3) Plaintiff's Motion to Remand (Doc. # 11) is GRANTED; and

(4) This case is REMANDED to the Circuit Court of Bullock County, Alabama, for lack of subject matter jurisdiction at the time of removal.

The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 6th day of June, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE